IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CARL K. CONLEY, *Individually* and as
*Personal Representative* of the
ESTATE OF ETTA LEE CONLEY

      Plaintiff

    v.                                                Civil Action No.: 1:18-cv-00677-ELH

ARCHIE SELF

      Defendant

## PARTIES' JOINT STATUS REPORT

NOW COMES the Plaintiff, Carl K. Conley, *Individually*, and as *Personal Representative* of the Estate of Etta Lee Conley, by and through counsel, T. Lee Beeman, Jr., and the Defendant, Archie Self, by and through counsel, Karen Herzog, and present, jointly, a Status Report to the Court, and in support thereof, state the following:

1.     All anticipated discovery will be completed by the discovery deadline.

2.     No motions are currently pending before the Court.

3.     The Plaintiff does not intend to file a dispositive motion in this matter. Defendant intends to file a dispositive motion in this matter related to the issue of liability.

4.     The parties anticipate that this matter will require two days of trial time and shall be tried before a jury.

5.     The parties certify that counsel for the Plaintiff and Counsel for the Defendant have conducted serious settlement negotiations. Plaintiff and his counsel have met multiple times to discuss settlement, and as recently as Monday, July 30, 2018. Defendant and Defendant's Counsel have met to discuss settlement. Plaintiff's Counsel and Defendant's

Counsel have spoken several times by telephone to discuss settlement, as recently as August 1, 2018, but have been unable to resolve this matter.

      6.      The parties believe it would be helpful to refer this case to another judge of this court for a settlement or other ADR conference before the resolution of any dispositive pretrial motion.

      7.      Both parties consent pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge conduct all further proceedings in this case, either before or after the resolution of any dispositive pretrial motion, including trial (jury or non-jury) and entry of final judgment.

      8.      There are no additional matters which the parties believe should be brought to the Court's attention.

      Respectfully submitted,

BEEMAN LAW OFFICES, LLC

/s/ T. Lee Beeman, Jr.
By: T. Lee Beeman, Jr.

WARD & HERZOG

/s/ Karen M. Herzog (w/perm, by: TLB)
By: Karen M. Herzog